IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT D. BOWEN | : | CIVIL ACTION |
| v. | : | |
| JOHN PALAKOVICH, et al. | : | NO. 06-3378 |

**O R D E R**

AND NOW, this  4th  day of  April , 2007, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and in light of the Court's Order filed October 26, 2006 staying this case pending exhaustion of petitioner's unexhausted claims in the state courts (Doc. No. 13), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Petitioner shall notify this Court of his intent to proceed with his federal habeas petition within thirty (30) days of the conclusion of his state-court appeal, to avoid dismissal of his federal habeas petition.

BY THE COURT:

/s/ R. BARCLAY SURRICK,
U.S. District Court Judge