IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT BOWEN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-3378 |
| JOHN PALKOVICH, ET AL. | : | |

**O R D E R**

**AND NOW**, this   22nd   day of   September  , 2014, upon consideration of Petitioner Dwight D. Bowen's pro se Petition for Writ of Habeas Corpus (ECF No. 1), Amended Petition for Writ of Habeas Corpus (ECF No. 27), and Supplemental Petition for Writ of Habeas Corpus (ECF No. 44), and after a de novo review of the record and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (ECF No. 65) and Petitioner's pro se Objections (ECF No. 71) to the Report and Recommendation, it is **ORDERED** as follows:

1. Petitioner's Objections are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. Petitioner's Petition for Writ of Habeas Corpus, Amended Petition for Writ of Habeas Corpus, and Supplemental Petition for Writ of Habeas Corpus are **DENIED** and **DISMISSED**.

4.  No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

                                                **BY THE COURT:**

                                                ***/s/R. Barclay Surrick***
                                                **U.S. District Judge**